UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------ X

MARIO LUBIN,                                   :
                                               :
                     Plaintiff,                :   **No. 26 Civ. 4152 (SJB)(AYS)**
                                               :
         - against -                           :
                                               :
CWD OF HICKSVILLE, INC. d/b/a CURE WATER        :
DAMAGE,                                         :
                                               :
                     Defendant.                :

------------------------------------------------ X

## NOTICE OF APPEARANCE
## FOR GARRETT KASKE

PLEASE TAKE NOTICE that, I, Garrett Kaske, hereby respectfully enter an appearance

for the Plaintiff in connection with the above-captioned action, and request that copies of all papers

in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
       July 13, 2026

                              Respectfully submitted,

                              By: _____
                                    Garrett Kaske

                              **KESSLER MATURA P.C.**
                              Garrett Kaske
                              534 Broadhollow Road, Suite 275
                              Melville, New York 11747
                              Telephone: (631) 499-9100
                              Email:  gkaske@kesslermatura.com

                              *Attorneys for Plaintiff*