# **<u>Exhibit B</u>**

| | Jul 11 | | United States Courts <br> Other Services | $405.00 <br> Madelyn H. ...9369 |
|---|---|---|---|---|
| | Jul 11 | | USPS <br> Other Services | $9.57 <br> Madelyn H. ...9369 |
| | Jul 11 | | USPS <br> Other Services | $9.57 <br> Madelyn H. ...9369 |
| | Jul 11 | | Home Depot <br> Merchandise | $55.20 <br> Madelyn H. ...9369 |
| | Jul 11 | | United States Courts <br> Other Services | $405.00 <br> Jocelyn S. ...5837 |
| | Jul 11 | | United States Courts <br> Other Services | $405.00 <br> Jocelyn S. ...5837 |
| | Jul 11 | | United States Courts <br> Other Services | $405.00 <br> Jocelyn S. ...5837 |
| | Jul 11 | | United States Courts <br> Other Services | $405.00 <br> Jocelyn S. ...5837 |
| | Jul 11 | | United States Courts <br> Other Services | $405.00 <br> Jocelyn S. ...5837 |