

July 15, 2026

**Via ECF**
Attention: Intake/Refunds
U.S. District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

This Application is Approved. Please refund 5 payments totaling $2,025, BNYEDC-20414748; ANYEDC-20414941 ANYEDC-20414748; ANYEDC-20415006; BNYEDC-20414941
Approved By: Ogoro N. Francis, Chief Deputy Clerk, 07/22/2026

   Re:    *Lubin v. CWD of Hicksville, Inc.*
          **Case No. 26 Civ.  04152 (SJB)(AYS)**

To Whom It May Concern:

My office represents Plaintiff in the above-referenced matter. We respectfully request a refund in the amount of $2,025.00, representing five duplicate filing fee charges that were erroneously charged in connection with this action.

On July 10, 2026, Plaintiff's counsel attempted to pay the $405.00 civil filing fee through the PACER/Pay.gov portal. During the transaction, the portal repeatedly displayed the error message:

"Payment failed. Pay.gov failed call to process payment."

Believing the payment had not been processed, counsel made additional attempts to complete the transaction. Although the portal continued to indicate that the payment had failed, Pay.gov ultimately charged counsel's credit card six times for the same filing fee, resulting in total charges of $2,430.00.

Five of those transactions, totaling $2,025.00, were duplicate charges resulting from a technical error.  Attached as Exhibit A is a screenshot of the PACER payment page displaying the payment error message. Attached as Exhibit B is the credit card statement reflecting the six identical $405.00 charges.

Thank you for your consideration of this matter.

Respectfully submitted,

Jocelyn Small

# **<u>Exhibit A</u>**



# **Exhibit B**

| | Jul 11 | | United States Courts<br>Other Services | $405.00<br>Madelyn H. ...9369 |
| --- | --- | --- | --- | --- |
| ⌄ | Jul 11 | USPS | USPS<br>Other Services | $9.57<br>Madelyn H. ...9369 |
| ⌄ | Jul 11 | USPS | USPS<br>Other Services | $9.57<br>Madelyn H. ...9369 |
| ⌄ | Jul 11 | Home Depot | Home Depot<br>Merchandise | $55.20<br>Madelyn H. ...9369 |
| ⌄ | Jul 11 | | United States Courts<br>Other Services | $405.00<br>Jocelyn S. ...5837 |
| ⌄ | Jul 11 | | United States Courts<br>Other Services | $405.00<br>Jocelyn S. ...5837 |
| ⌄ | Jul 11 | | United States Courts<br>Other Services | $405.00<br>Jocelyn S. ...5837 |
| ⌄ | Jul 11 | | United States Courts<br>Other Services | $405.00<br>Jocelyn S. ...5837 |
| ⌄ | Jul 11 | | United States Courts<br>Other Services | $405.00<br>Jocelyn S. ...5837 |