## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 26 CIV. 4152 (SJB) (AYS)

Date Filed: 7/13/2026

Plaintiff:
**MARIO LUBIN**

vs.

Defendant:
**CWD OF HICKSVILLE, INC. d/b/a CURE WATER DAMAGE**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **CWD OF HICKSVILLE, INC. s/h/a CWD OF HICKSVILLE, INC. d/b/a CURE WATER DAMAGE.**

I, Dylan Jones, being duly sworn, depose and say that on the **15th day of July, 2026 at 3:15 pm, I:**

served **CWD OF HICKSVILLE, INC. s/h/a CWD OF HICKSVILLE, INC. d/b/a CURE WATER DAMAGE** by delivering two true copies of the **Summons in a Civil Action and Complaint pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Shayla Davis,** Authorized to Accept Service, as **Office Assistant 1** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of State being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Black, Height: 5'4", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action. I declare under the penalty of perjury that this information is true.

Subscribed and Sworn to before me on the 23rd day of July, 2026 by the affiant who is personally known to me.

_____

NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC, STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2030

_____
Dylan Jones

Our Job Serial Number: SRN-2026005230

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b