# RFFL

## ROSENBERG FORTUNA FILOSA & LAITMAN, LLP
### ATTORNEYS AT LAW

**Yale Pollack, Partner**
yale@rosenbergfortuna.com

August 5, 2026

**VIA ECF**
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:**    *Lubin v. CWD of Hicksville, Inc.*
> *EDNY Case No.: 26-cv-04152-SJB-AYS*

Dear Judge Bulsara:

Our office is incoming counsel for the Defendant in the above-referenced matter with claims under the Fair Labor Standards Act and New York Labor Law.  Pursuant to Your Honor's Individual Practices, we respectfully write this letter for an extension of time to respond to the Complaint until September 25, 2026.

The reason for this request is because we have just been retained to represent the Defendant in this matter and we need time to investigate the allegations and prepare a response, as I need to review the records and information in its possession to properly defend the client.  Plaintiff's counsel has consented to this extension request.  This is Defendant's first request for such relief and no further requests are anticipated by this office.

Should you need any additional information to consider this request, I will readily provide same.  Thank you for your time and courtesies.

Respectfully submitted,
Rosenberg Fortuna Filosa & Laitman, LLP

Yale Pollack, Esq.

cc:    All Counsel (via ECF)