UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO LUBIN,<br><br>Plaintiff,<br><br>- against -<br><br>CWD OF HICKSVILLE, INC. d/b/a CURE WATER DAMAGE,<br><br>Defendant. | Case No. 26 Civ. 4152 (SJB)(AYS) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE: Pursuant to Local Rule 1.3(l), please take notice the address for Kessler Matura P.C. has changed from 534 Broadhollow Road, Ste. 275, Melville, New York 11747, to the following:

Kessler Matura P.C.
445 Broadhollow Road
Suite 316
Melville, New York 11747

Dated: October 5, 2026
Melville, New York

Respectfully submitted,

Jocelyn Small

**KESSLER MATURA P.C.**
Garrett D. Kaske
Jocelyn Small
445 Broadhollow Road, Suite 316
Melville, NY 11747
Phone: (631) 499-9100
gkaske@kesslermatura.com
jsmall@kesslermatura.com

*Attorneys for Plaintiff*